BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ROOTS,<br><br>           Plaintiff,<br><br>    v.<br><br>ERIC H. HOLDER, JR.,<br><br>           Defendants. | Case No.: 2:14-cv-2223 MCE EFB<br><br>**JOINT STIPULATION AND ORDER RE: ABEYANCE** |

This is an immigration case brought under 8 U.S.C. § 1421(c) to challenge the denial of Plaintiff Brenda Roots' application for naturalization. On March 6, 2015, United States Citizenship and Immigration Services administratively reopened the matter. Because there is no longer a final agency decision for this Court to review, the parties hereby stipulate to hold the matter in abeyance for a 6-month period. The parties will file a joint status report on September 14, 2015.

Dated: March 9, 2015                           Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                s/ Audrey B. Hemesath
                                                AUDREY B. HEMESATH
                                                Assistant United States Attorney

s/ J. Christina Aulakh
J. CHRISTINA ALVAREZ AULAKH
Attorney for the Plaintiff

## ORDER

Pursuant to the parties' stipulation, Case No. 2:14-cv-2223 MCE EFB will be held in abeyance for a 6-month period and the parties shall file a joint status report on September 14, 2015.

IT IS SO ORDERED.

Dated:  March 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT