BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ROOTS,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIC H. HOLDER, JR.,<br><br>        Defendants. | Case No.: 2:14-cv-2223 MCE EFB<br><br>**JOINT STIPULATION AND ORDER RE: DISMISSAL** |

This is an immigration case, currently held in abeyance pending United States Citizenship and Immigration Services' readjudication of plaintiff's naturalization application. On June 22, 2015, the application was approved. Accordingly, the parties agree to dismissal of this matter as moot, each side to bear its own costs of litigation.

Dated: July 1, 2015                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        s/ Audrey B. Hemesath
                                        AUDREY B. HEMESATH
                                        Assistant United States Attorney

                                        s/ J. Christina Alvarez Aulakh
                                        J. CHRISTINA ALVAREZ AULAKH
                                        Attorney for the Plaintiff

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, this matter is DISMISSED as moot, each side to bear its own costs of litigation.

IT IS SO ORDERED.

Dated: July 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT